EMIL. KELLER, as President of Local Union No. 504 of the Brotherhood of Painters, Decorators and Paperhangers of America, et al., Appellants, *v.* LAURENCE P. LINDELOF, as President of the Brotherhood of Painters, Decorators and Paperhangers of America, et al., and as Members of the Executive Board of Said Brotherhood, et al., Respondents.

Argued February 28, 1945; decided April 5, 1945.

*David I. Asche* for appellants.

*Harry Sacher* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.